# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

TOMMY LOUIS DAVIS

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO. 2023 CW 0455

**JUNE 20, 2023**

---

In Re:     Tommy Louis Davis, applying for supervisory writs,
           19th Judicial District Court, Parish of East Baton
           Rouge, No. 675485.

---

**BEFORE:   GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**WRIT DENIED.** The appeal was lodged with this court as 2023
CA 0519 on June 1, 2023

                         JMG
                         PMc
                         JEW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT